33112.   Loomis *v.* City of Atlanta.

MacIntyre, P. J.   This case is controlled by *Loomis* v. *City of Atlanta,* ante, p. 346.

*Judgment affirmed. Gardner and Townsend, JJ., concur.*

Decided July 12, 1950.   Rehearing denied July 26, 31, 1950.